■ ROBERT JOHNSON, Respondent, v TERESITA N. TERUEL, Appellant.—Order and judgment unanimously affirmed with costs *(see, O'Donnell v K-Mart Corp.,* 100 AD2d 488). (Appeal from Order and Judgment of Supreme Court, Erie County, Wolf, Jr., J.—False Arrest.) Present—Callahan, J. P., Boomer, Pine, Lawton and Boehm, JJ.